APPEAL CAUSE NOS.:01-14-01001-CR
:01-14-01002-CR
:01-14-01003-CR

TO:ANNIE REBECCA ELLIOTT, DISTRICT CLERK
FORT BEND COUNTY, TEXAS
301 JACKSON
RICHMOND, TEXAS 77469

CC:CHRISTOPHER A. PRINE
CLERK OF THE COURT
FIRST COURT OF APPEALS
301 FANNIN ST.
HOUSTON, TEXAS 77002-2066

FROM:DENNIS JAMES POLEDORE JR.(APPELLANT)
TDCJ-Id No. 1400186
POLUNSKY UNIT
3872 F.M. 350-SOUTH
LIVINGSTON, TEXAS 77351

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAIL RECEIVED

JAN 1 3 2015

CHRISTOPHER A. PRINE
CLERK

RE: APPELLANT'S FIRST REQUEST TO SUPPLEMENT TO THE THREE CLERK'S Record WITH OMITTED DOCUMENTS/EXHIBITS PURSUANT TO TEX. R. APP. P. 34.5(c), WITH IDENTICAL CONTENTS INCLUDING THE PAGE NUMBERS, AND INCLUDE A COPY OF THE PROPOSED "ORDER" FINAL DISPOSITION DETERMINATION HEARING REQUEST SIGNED/DENIED BY THE JUDGE 11/12/14

Dear Clerk;

After review of the listing of contents in the Clerk's Record you sent to the First Court of Appeals "Clerk, Christopher A. Prine", there are items absent that I'm requesting to be Supplemented to the Clerk's Record by forwarding the following listed items(documents/exhibits) to the Court of Appeals Clerk in the interest of justice. If prior request to Designate Clerk's Record has not been sent, Please disregard the request sent on December 29, 2014.

**SUPPLEMENTAL ITEMS LIST**

(A) From Appellant's Second Subsequent Writ Appendix 15 Exhibits, change from incorporated request to original document/item.

1. Supplement Exhibit-(Q) and (R) incorporated request with the Original filed "Affidavit Requesting Appointing counsel" documents for cause numbers 42537 and 42537-A. Located in the initial Habeas Corpus Appendix as Exhibit-(Q) and Exhibit-(R), 1 page each.

2. Supplement Exhibit-(Z) incorporated request with the original filed "Reporter's Record" pages 1-4, 40-47, and 64. Located in the initial Habeas Corpus Appendix as Exhibit-(Z). (Enclude also)

[ ] Order "Final Disposition" Determination Hearing Request Signed/Denied By Judge 11/12/2014.

(B) From Appellant's Initial Habeas Corpus Proceedings.

3. Waiver of Arraignment Motion for cause numbers:42537, 42538, 42572, located in the Appendix as Exhibit-(#4), 1 page.

4. Amended Waiver of Arraignment Motion for cause numbers:42537-B, 42538-B, 42572-B, located in the Appendix as Exhibit-(#5), 1 page.

5. Affidavit of "Lee Etta Poledore", located in the Appendix as Exhibit-(X-1), located in the Appendix as 2 pages.

6. Affidavit of Gabriel Bihiray, located in the Appendix as Exhibit-(X-2), 2 pages.

7. Memorandum Brief in Support of (Initial) 11.07 Applications.

Appellant request pursuant to Tex. R. App. P. 34.5(c), that the above listed Supplemental Omitted Items list be prepared as identical Clerk's Record for the three Appeal Court cause numbers listed above, before sending the Supplemental

Page 1 of 2

Clerk's Record to the Clerk of the Court, 1st Court of Appeals. Because each case number presented the same claims and documents/exhibits for review during the same Habeas Corpus proceedings. Therefore, Appellant request an identical Clerk's Record identical in contents including the same page numbers.

Respectfully Requested

DENNIS JAMES POLEDORE JR.
APPELLANT — PRO SE
TDCJ-ID NO. 1400186
POLUNSKY UNIT
3872 F.M. 350-SOUTH
LIVINGSTON, TEXAS 77351

## DECLARATION

Appellant, Dennis James Poledore Jr., do declare under penalty of perjury, that the above listed Omitted Items, are needed for Appellate review and not requested to harass any one a party to this Appellate review, or done to delay the proceedings in this Appeal.

Executed on January 8, 2015.

SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE JR.

## CERTIFICATE OF SERVICE

I, certify that the Original and correct Copy of this Request/Pleading was sent to the following Parties:

A. District Clerk, Annie Renecca Elliott
   301 Jackson, Fort Bend County, Texas
   Richmond, Texas 77469

B. First (1st) Court of Appeals Clerk, Christopher A. Prine
   301 Fannin St.
   Houston, Texas 77002-2066

C. Because of inability to make copies, Appellant request for the District Clerk to forward a true and correct copy of this Supplemental Request to:

   "District Attorney, John Harrity, State's Appellate Attorney
    309 South 4th St., Suite 258
    Richmond, Texas 77469

Executed January 8, 2015.

SIGNATURE OF AFFIANT
DENNIS JAMES POLEDORE JR.

TO: CLERK OF THE COURT, CHRISTOPHER A. PRINE
     FIRST COURT OF APPEALS
     301 FANNIN ST.
     HOUSTON, TEXAS 77002-2066

MAIL RECEIVED

FROM: DENNIS JAMES POLEDORE JR.
      TDCJ-Id No. 1400186
      POLUNSKY UNIT
      3872 F.M. 350-South
      Livingston, Texas

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 1 3 2015

CHRISTOPHER A. PRINE
CLERK _____

RE: COPY OF APPELLANT'S FIRST REQUEST TO SUPPLEMENT TO THE THREE CLERK'S RECORD WITH OMITTED DOCUMENTS/EXHIBITS PURSUANT TO TEX. R. APP. P. 34.5(c), WITH IDENTICAL CONTENTS INCLUDING THE PAGE NUMBERS. AND INCLUDE A COPY OF THE PROPOSED ORDER "FINAL DISPOSITION" DETERMINATION HEARING REQUEST SIGNED/DENIED BY JUDGE 11/12/14.

Dear Clerk,

For your record, please find the above listed Pleading/Document sent to the District Clerk for preperation to be sent to your office for Appellate cause Nos. 10-14-01001-CR, 01-14-01002-CR, 01-14-01003-CR. Upon receiving the Supplemental Please forward any "NEW" Brief filing to to the above listed address, which is the same address listed in your file.

Every place I have typed in additional information/request, I have initialed and did the same for the original document sent to the District Clerk. Thank You in advance.

Sincerely
Dennis James Poledore Jr.

Date: January 8, 2015

Dennis Bledose #1400186
Blunsky Unit
3872 F.m. 350-South
Livingston, Texas 77351

(Legal mail)



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JAN 13 2015
CHRISTOPHER A. PRINE
CLERK

To: Clerk of the Court, Christopher A. Prine
First Court of Appeals
301 Fannin St.
Houston, Texas 77002-2066

7700220669

FOREVER USA